BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2716

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR JOVANE MORENO-MADRIGAL,<br><br>Defendant. | CASE NO. 15-CR-033-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 20, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 20, 2015.

2. By this stipulation, the defendant now moves to continue the status conference until April 3, 2015, and to exclude time between March 20, 2015, and April 3, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes 76 pages of discovery, primarily taken from the defendant's immigration file. This discovery has been produced directly to counsel for the defendant.

   b) Counsel for the defendant recently raised issues and provided documentation relating to the defendant's immigration proceedings, which the government is considering. The government's investigation of these issues involves review of tapes of the defendant's

immigration hearings, which the defendant's attorney will make available to the government this week. After considering the issues raised by defense counsel in light of the immigration hearing tapes and any other potentially relevant material, the parties will further discuss the case and potential resolution. Counsel for the defendant will then require time to consult and discuss potential resolutions with his client.

      c)    Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, consideration of potential resolutions, and consultation with his client, taking into account the exercise of due diligence.

      d)    The government does not object to and joins the request for the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 20, 2015 to April 3, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 17, 2015                                BENJAMIN B. WAGNER
                                                               United States Attorney

                                                              /s/ NIRAV K. DESAI
                                                              NIRAV K. DESAI
                                                              Assistant United States Attorney

Dated: March 17, 2015

/s/ SEAN RIORDAN
(as authorized on 3/17/15)
SEAN RIORDAN
Counsel for the Defendant
Oscar Jovane Moreno-Madrigal

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED .

Dated: March 19, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge