BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2716

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR JOVANE MORENO-MADRIGAL,<br><br>Defendant. | CASE NO. 15-CR-033-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: April 3, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 3, 2015.

2. By this stipulation, the defendant now moves to continue the status conference until April 17, 2015, and to exclude time between April 3, 2015, and April 17, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes 76 pages of discovery, primarily taken from the defendant's immigration file. This discovery has been produced directly to counsel for the defendant.

   b) Counsel for the defendant desires additional time to prepare, consider potential resolutions, and consult with his client.

   c) Counsel for the defendant believes that failure to grant the above-requested

1  continuance would deny him the reasonable time necessary for effective preparation,
2  consideration of potential resolutions, and consultation with his client, taking into account the
3  exercise of due diligence.
4      d)    The government does not object to and joins the request for the continuance.
5      e)    Based on the above-stated findings, the ends of justice served by continuing the
6  case as requested outweigh the interest of the public and the defendant in a trial within the
7  original date prescribed by the Speedy Trial Act.
8      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
9  et seq., within which trial must commence, the time period of April 3, 2015 to April 17, 2015,
10 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
11 because it results from a continuance granted by the Court at the defendant's request on the basis
12 of the Court's finding that the ends of justice served by taking such action outweigh the best
13 interest of the public and the defendant in a speedy trial.

14     4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the
15 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
16 must commence.
17     IT IS SO STIPULATED.

18
19 Dated:  April 1, 2015        BENJAMIN B. WAGNER
                              United States Attorney
20
21                               /s/ KATHERINE T. LYDON
                              KATHERINE T. LYDON
22                               Assistant United States Attorney
23
24 Dated:  April 1, 2015        /s/ SEAN RIORDAN
                              (as authorized on 4/1/15)
25                               SEAN RIORDAN
                              Counsel for the Defendant
26                               Oscar Jovane Moreno-Madrigal
27
28

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED

Dated: April 2, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge